UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:

JULIO N REYNOSO CONCEPCION

DEBTOR(S)

CASE NO. 12-04971 ESL

CHAPTER 13

## AMENDMENT TO LIST OF CREDITORS

TO THE HONORABLE COURT:

**COMES NOW,** Debtors represented by the undersigned attorney and very respectfully states and pray:

1. That this petition was filed as a Chapter 13 of the Bankruptcy Code on June 26, 2012.
2. Debtors want to **MODIFY THE LIST OF CREDITORS**, to include:

**MARIELA DELGADO PEREZ**
CALLE 600 JJ-10
VILLAS DE CASTRO
CAGUAS, PR 00725
**BALANCE:** $8,600.00
**ACCOUNT NUMBER:** ECU2010-0111

3. Debtor requests that this Honorable Court accepts the amendment made to the list of creditors to include the above mentioned creditors.

**WHEREFORE**, Debtor respectfully requests from this Honorable Court to accept the amendment made to the list of creditors to include the before mentioned creditors.

## NOTICE

As per Local Bankruptcy Rule 1009-1 (c), The aforementioned creditors are hereby informed of their right to file a Proof of Claim within ninety (90) days of service of this motion or within the time set for previously scheduled creditors to file Proofs of Claim, whichever is later; or within such other time as allowed by Fed. R. Bank. P. 9006(c) and ordered by the Court. The aforementioned creditors will receive with copy of this motion by regular mail copy the original Notice of Sec. 341 Meeting of Creditors which sets the time for previously scheduled creditors to file Proofs of Claim. Additional notice is hereby given that unless a party in interest files a written objection to the amendment of Schedule F within twenty one (21) days from the date of the notice indicated herein below, the Court will enter an order approving the amendment of schedule F without further notice or hearing.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY:** that on this same date a true and exact copy of this motion has been served to the Chapter 13 Trustee and to the US Trustee through the CM/ECF filing system, and by regular mail with copy of the original Notice of the Sec. 341 Meeting of Creditors to:

**MARIELA DELGADO PEREZ**
CALLE 600 JJ-10
VILLAS DE CASTRO
CAGUAS, PR 00725
**BALANCE:** $8,600.00
**ACCOUNT NUMBER:** ECU2010-0111

and to all creditors as per the attached master address list upon knowing that they are not CM/ECF Filing System participants.

In San Juan Puerto Rico, this 13TH day of July, 2012

/S/Víctor Thomas Santiago, Esq.
**Thomas & Magriñá Law Office**
USDC PR 209807
151 De Diego - Suite B
San Juan, Puerto Rico 00911
Tel. (787)722-5601 / (787) Fax. 724-6366
E-mail: vthomas@thomasmag.com

B6E (Official Form 6E) (04/10)

IN RE REYNOSO CONCEPCION, JULIO N _____ Case No. _____
                            Debtor(s)                                                                           (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts *not* entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☑ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____1_ continuation sheets attached

IN RE REYNOSO CONCEPCION, JULIO N  Case No. _____
         Debtor(s)                               (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Domestic Support Obligations**
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. ECU2010-0111<br>ASUME<br>PO BOX 71316<br>SAN JUAN, PR 00936-8416 | | | | | | | 8,580.00 | 8,570.00 | 10.00 |
| ACCOUNT NO.<br>LCDA. MADELINE ROSA FLORES<br>PO BOX 12<br>CAGUAS, PR 00726-0012 | | | Assignee or other notification for:<br>ASUME | | | | | | |
| ACCOUNT NO. ECU2010-0111<br>MARIELA DELGADO PEREZ<br>CALLE 600 JJ-10 VILLAS DE CASTRO<br>CAGUAS, PR 00725 | | | SUPPORT OBLIGATIONS | | | | 8,600.00 | 8,600.00 | |
| ACCOUNT NO.<br>LCDA. MADELINE ROSA FLORES<br>PO BOX 12<br>CAGUAS, PR 00726-0012 | | | Assignee or other notification for:<br>MARIELA DELGADO PEREZ | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Totals of this page) $ 17,180.00 | $ 17,170.00 | $ 10.00

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 17,180.00

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 17,170.00 | $ 10.00

REYNOSO CONCEPCION, JULIO N
APARTAMENTO 4 B EDF 19
TURABO HEIGHTS
CAGUAS, PR 00725

MARIELA DELGADO PEREZ
CALLE 600 JJ-10 VILLAS DE CASTRO
CAGUAS, PR 00725

Victor Thomas Santiago
151 De Diego Ave Suite B
San Juan, PR 00911

Mueb Berrios
P.o. Box 674
Cidra, PR 00639

ASOCIACION DE EMPLEADOS DE GOBIERNO
PO BOX 364508
SAN JUAN, PR 00936-4508

Scotiabank
273 Ave Ponce De Leon
Hato Rey, PR 00917

ASUME
PO BOX 71316
SAN JUAN, PR 00936-8416

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117

AT&T SERVICES
PO BOX 537104
ATLANTA, GA 30353-7104

T-mobile
654 AVE MUNOZ RIVRA SUITE 2000
SAN JUAN, PR 00918

Att Services
Po Box 192830
San Juan, PR 00919

VIRTUOSO SOURCING GROUP
3033 S PARKER RD SUITE 100
AURORA, CO 80014

Bay Area C S
1901 W 10th St
Antioch, CA 94509

Commoloco
Calle Vizcarrondo #75
Caguas, PR 00725

LCDA, MADELINE ROSA FLORES
PO BOX 12
CAGUAS, PR 00726-0012

LCDA. MADELINE ROSA FLORES
PO BOX 12
CAGUAS, PR 00726-0012