IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

**JOSE REYNOSO CONCEPCION**

**DEBTOR**  **CASE NO. 12-4971**
**CHAPTER 13**

**MOTION TO INFORM STATUS OF DSO PAYMENTS**

**TO THE HONORABLE COURT:**

COMES NOW, THE CHILD SUPPORT ADMINISTRATION (hereinafter ASUME), a party with interest in this case, through the undersigning attorney and hereby respectfully STATES and PRAYS:

1. ASUME is pending to filed a POC in this case for the amount of $8,942.85 on behalf of Ms. Mariela Delgado Pérez case number 0509779.

2. This case was pending for confirmation and a hearing was set for November 26, 2012.

3. One of the issues regarding confirmation is DSO payments.

4. Debtor is current in post petition payments on DSO obligation according to history of payment with ASUME case 0509779.

**RESPECTFULLY SUBMITTED**

**WHEREFORE** movant respectfully prays that this Honorable Court and parties take notice of the above.

2

CERTIFY: That on this same date I electronically filed the foregoing with the clerk of the court, using CM/ECF system which will send notification of such filing to all attorneys of record.

In Ponce, Puerto Rico this November 26, 2012

**IVELISSE TORO ZAMBRANA**
**Federal Bar no. 214513**
**Attorney for creditor ASUME**
**Postal PO Box 7719**
**Ponce, Puerto Rico 00732**
**Tel. 787-844-5770**
**Fax 787-842-4664**
**Email torolawoffice@gmail.com**
**S/ IVELISSE TORO ZAMBRANA**

3

Case:12-04971-ESL13 Doc#:25 Filed:11/26/12 Entered:11/26/12 19:16:23 Desc: Main
Document Page 3 of 3